1   DANIEL G. BODGEN
    United States Attorney
2   District of Nevada
    ERIC JOHNSON
3   Assistant United States Attorney
    333 Las Vegas Boulevard, Suite 5000
4   Las Vegas, Nevada 89101
    Telephone: (702) 388-6336

5

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-mj-701-CWH |
| | ) | |
| Plaintiff, | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| DEMETRUIS LAMAR BROCK | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Complaint filed on September 3, 2013.

DATED this 31st day of October, 2013.

DANIEL G. BOGDEN
United States Attorney

/s/Eric Johnson
ERIC JOHNSON
Assistant United States Attorney
Chief, Criminal Division

Leave of Court is granted for the filing of the foregoing dismissal

DATED this ___5th___ day of ___November___, 2013.

_____
United States Magistrate Judge